IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE T. STEWART, III,<br>   Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY JAIL,<br><br>   Defendant. | Civil Action<br>No. 16-6336 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

  Plaintiff George T. Stewart, III, seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

  Plaintiff did not complete the application, leaving several sections blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

  An appropriate order follows.


**October 28, 2016**             s/ Jerome B. Simandle
Date                   JEROME B. SIMANDLE
                       Chief U.S. District Judge